CHARLES McGUIRE, PLAINTIFF IN ERROR, *v.* THE PEOPLE, DEFENDANTS IN ERROR.

*Rape — statement of person arrested with accused — when admissible against.*

The plaintiff in error was convicted of rape upon an indictment found against him and one Campbell. Upon the trial a witness was asked what Campbell said in the police court when the charge was made by the complainant. *Held,* that the question was a proper one. *

WRIT of error to the Court of General Sessions of the city and county of New York, to review the conviction of the plaintiff in error of rape.

*William F. Howe,* for the plaintiff in error.

*Benj. K. Phelps,* for the defendants in error.

Opinion by BARRETT, J.

DAVIS, P. J., and DANIELS, J., concurred.

Conviction and judgment affirmed.

* Kelly v. The People, 55 N. Y., 565.